**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NATIONSRENT, INC., *et al.*,[1] | Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered |
| Debtors. | |
| NATIONSRENT UNSECURED<br>CREDITOR'S LIQUIDATING TRUST,<br>through PERRY MANDARINO, not<br>personally, but as Trustee, | |
| | Civil Action No. 04-CV-1153 (KAJ) |
| Plaintiff, | |
| v. | |
| DOUBLE A | |
| Defendant. | |

## STIPULATION OF VOLUNTARY DISMISSAL

**IT IS HEREBY** stipulated and agreed between the above-captioned Plaintiff, Perry Mandarino, not personally, but as Trustee for the NationsRent, Inc. Unsecured Creditor's Liquidating Trust, and the above-captioned Defendant, Double A, that the above-referenced adversary proceeding is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

Dated: _February 28_, 2006

THE BAYARD FIRM

_Neil B. Glassman, Esquire (No. 2087)_
Neil B. Glassman, Esquire (No. 2087)
Ashley B. Stitzer, Esquire (No. 3891)
Mary E. Augustine, Esquire (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone:     (302) 655-5000

- and -

LOWENSTEIN SANDLER PC
Paul Kizel, Esquire
65 Livingston Avenue
Roseland, NJ 07068
Telephone:     (973) 597-2500

Co-Counsel for Perry Mandarino, not personally,
but as Trustee for the NationsRent Unsecured
Creditor's Liquidating Trust

MORRIS, JAMES, HITCHENS &
      WILLIAMS LLP

_Brett D. Fallon_
Brett D. Fallon (No. 2480)
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899
Telephone:     (302) 888-6800
Facsimile:     (302) 571-1750

Counsel for Double A

618793v1

2