## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the ___1st___ day of March, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS MAIL

Brett D. Fallon, Esquire
*Morris, James, Hitchens & Williams LLP*
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899

Mary E. Augustine (No. 4477)